**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                              (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Fulcrum Sierra Finance Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | |
| Number    Street | Number      Street |
| P.O. Box 220 | |
| | P.O. Box |
| Pleasanton          CA      94566 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Alameda | |
| County | Number      Street |
| | |
| | City                State    ZIP Code |

5. **Debtor's website** (URL)   _____

| Debtor | Fulcrum Sierra Finance Company, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3241 __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    Fulcrum Sierra Finance Company, LLC
_____    Case number (if known)_____
          Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes.  District _____ When _____ Case number _____
                                              MM / DD / YYYY

                    District _____ When _____ Case number _____
                                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No

    ☒ Yes.  Debtor   See Schedule 1_____ Relationship _____

                     District _____ When _____
                                                                    MM  /  DD  / YYYY

             Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**_____
                              Number          Street

                              _____

                              _____   _____
                              City                            State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

| Debtor | Fulcrum Sierra Finance Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99      ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

---

**15. Estimated assets**

☒ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

---

**16. Estimated liabilities**

☒ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09 /09/2024
         MM / DD / YYYY

✘ /s/ Mark J. Smith          Mark J. Smith

Signature of authorized representative of debtor          Printed name

Title   Chief Restructuring Officer

| Debtor | Fulcrum Sierra Finance Company, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✖ /s/ Robert J. Dehney _____        Date  09/09/2024

Signature of attorney for debtor

MM  / DD / YYYY

Robert J. Dehney _____

Printed name

Morris, Nichols, Arsht & Tunnell LLP _____

Firm name

1201 _____ North Market Street _____

Number        Street

Wilmington _____        DE _____ 19899-1347 _____

City                                 State      ZIP Code

(302) 658-9200 _____        rdehney@morrisnichols.com ____

Contact phone                           Email address

3578 _____        DE _____

Bar number                              State

## **Schedule 1**

## **Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware) (the "Court").  A motion will be filed with the court requesting that the chapter 11 cases of each entity listed below be consolidated for procedural purposed only and jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, under the case number assigned to the chapter 11 case of Fulcrum BioEnergy, Inc.

| Company |
|---|
| Fulcrum BioEnergy, Inc. |
| Fulcrum Sierra Holdings, LLC |
| Fulcrum Sierra BioFuels, LLC |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| **FULCRUM BIOENERGY, INC.** *et al.*, | Case No. 24 -_____ (___) |
| Debtor.[1] | (Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST
HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession, to the best of its knowledge, information, and belief, hereby states as follows:

Fulcrum Sierra Finance Company, LLC is 100% owned by Fulcrum Sierra Holdings, LLC, whose address is P.O. Box 220 Pleasanton, CA 94566.

---

[1]    The debtors and debtors in possession in these chapter 11 cases, along with each debtor's federal tax identification numbers are: Fulcrum BioEnergy, Inc. (3733); Fulcrum Sierra BioFuels, LLC (1833); Fulcrum Sierra Finance Company, LLC (4287); and Fulcrum Sierra Holdings, LLC (8498). The location of the Debtors' service address is: Fulcrum BioEnergy Inc., P.O. Box 220 Pleasanton, CA 94566.

**UNANIMOUS ELECTRONIC CONSENT**
**OF**
**THE EXECUTIVE COMMITTEE OF THE BOARD OF DIRECTORS**
**OF**
**FULCRUM BIOENERGY, INC.**

The undersigned, being all of the members of the Executive Committee of the Board of Directors (the "Executive Committee") of Fulcrum BioEnergy, Inc., a Delaware corporation (the "Parent"), the Parent acting in its capacity as the sole member of Fulcrum Sierra Holdings, LLC, a Delaware limited liability company ("Holdings"), Holdings acting in its capacity as the sole member of Fulcrum Sierra Finance Company, LLC, a Delaware limited liability company (the "Company"), do hereby adopt the following resolutions pursuant to Section 141(f) of the Delaware General Corporation Law and with the authority granted to the Executive Committee by the Board of Directors of the Parent:

WHEREAS, the Executive Committee has considered the information presented by the management and legal advisors of the Company regarding the financial condition of the Company;

WHEREAS, the Executive Committee has considered the advice of legal and other advisors as to the relative risks and benefits of the Company pursuing a bankruptcy case under the provisions of title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the Executive Committee, with the advice of legal and other advisors, has fully considered each of the strategic alternatives available to the Company.

NOW THEREFORE, BE IT RESOLVED, that in the judgment of the Executive Committee, it is desirable and in the best interests of the Company, its members, the creditors of the Company and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of Chapter 11 of the Bankruptcy Code on behalf of the Company (the "Bankruptcy Case");

FURTHER RESOLVED, that Rick Barraza, Mark Smith and each other officer of Parent and/or the Company (each, an "Authorized Officer," and, collectively, the "Authorized Officers"), acting individually, is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify the Petition in the name of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware in such form and at such time as the Authorized Officer executing the Petition on behalf of the Company shall determine, such determination to be conclusively evidenced by the execution thereof by such Authorized Officer;

FURTHER RESOLVED, that each of the Authorized Officers is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to retain (i) Morris, Nichols, Arsht & Tunnell LLP as bankruptcy counsel, (ii) Development Specialists, Inc. as financial advisor and investment banker, and (iii) Kurtzman Carson Consultants, LLC dba Verita Global as claims and noticing agent, on such terms as any Authorized Officer shall deem necessary, appropriate or desirable and subject to any required approvals of the Bankruptcy Court;

FURTHER RESOLVED, that each of the Authorized Officers is hereby authorized and directed, in the name and on behalf of the Company, to execute, deliver and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary or desirable in connection with the Bankruptcy Case;

FURTHER RESOLVED, that each of the Authorized Officers shall be, and hereby is, authorized to file or cause to be filed a motion seeking approval of one or more sales transactions, subject to such modifications thereto as such Authorized Officer may deem necessary or advisable in order to give effect to and carry out the general purposes of such sale transactions, including (i) bidding procedures, a stalking horse purchaser and the payment of certain fees (including expense reimbursement and breakup fees) to the stalking horse purchaser; (ii) a plan of reorganization or liquidation, associated disclosure statement, to the extent applicable, and all other related documents, and consummate, and perform under, the transactions contemplated therein and/or (iii) to dismiss or close the Chapter 11 Cases and execute all related documents as may be reasonably necessary or desirable in the best interests of the Company and its stakeholders;

FURTHER RESOLVED, that each of the Authorized Officers is hereby authorized and directed, in the name and on behalf of the Company, to do or not do any and all acts or things which may be necessary or appropriate to perform the Company's obligations concerning the Bankruptcy Case;

FURTHER RESOLVED, without limiting the generality of the foregoing, that each of the Authorized is hereby authorized for and on behalf of the Company to execute and deliver, and to cause the Company to perform its obligations under, such other agreements, certificates, instruments and documents, and to do, or cause to be done, all such other acts and deeds, as any Authorized Officer may determine to be necessary or advisable in connection with the Bankruptcy Case or otherwise to effectuate any and all of the foregoing resolutions, the execution thereof by any Authorized Officer or the taking of such other action or deeds by any Authorized Officer to be conclusive evidence of such determination and the authority therefor; and

FURTHER RESOLVED, that any and all actions heretofore taken by any Authorized Officer consistent with the purpose and intent of the foregoing resolutions are hereby authorized, ratified, approved, confirmed and adopted in all respects as the acts and deeds of the Company as fully as if such actions had been presented to the Executive Committee for their prior approval.

###

**Executive Committee of the**
**Board of Directors:**

Name: Andrew C. Kidd

Date: _____09/08/2024_____

Name: Carin Marcy Barth

Date: _____09/08/2024_____

Name: Mark J. Smith

Date: _____09/08/2024_____

Name: Richard D. Barraza

Date: _____09/08/2024_____

| Fill in this information to identify the case: |
|---|
| Debtor name: Fulcrum BioEnergy, Inc., et al.. |
| United States Bankruptcy Court for the District of Delaware |
| Case number (If known): |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (PCL Administration LLC AS AGENT) 730 THIRD AVENUE NEW YORK, NY 55402 | | LOAN | | | | $39,894,423.00 |
| 2 | SPECIALTY WELDING & TURNAROUNDS, LLC JIMMY QUICK 40492 CANNON ROAD GONZALES, LA 70737 | JIMMY QUICK PHONE: 225-664-1200 EMAIL: JQUICK@SWATSERVICE.COM | TRADE | | | | $   10,524,332.33 |
| 3 | RUSTIC CANYON VENTURES III LP 1025 WESTWOOD BLVD 2ND FLOOR LOS ANGELES, CA 90024 | | LOAN | | | | $   5,000,000.00 |
| 4 | SCHMUESER & ASSOCIATES, LLC JAY THOMPSON 811 22 ROAD GRAND JUNTION, CO 81505 | JAY THOMPSON PHONE: 970-263-6061 | TRADE | | | | $   3,219,752.68 |
| 5 | AQUATECH INTERNATIONAL, LLC AR MUTHIAH 1 FOUR COINS DRIVE CANONSBURG, PA 15317 | AR MUTHIAH PHONE: 724-746-5300 EMAIL: MUTHIAHA@AQUATECH.COM | TRADE | | | | $   2,724,385.62 |
| 6 | ARVOS GMBH - SCHMIDTSCHE SCHACK KLAUS MAURER PARSEVALSLRABE 9A DUSSELDORF, D-40468 GERMANY | KLAUS MAURER PHONE: (49) (211) 4726-167 EMAIL: KLAUS.MAURER@ARVOS-GROUP.COM | TRADE | | | | $   2,564,832.19 |
| 7 | HOGAN LOVELLS 555 13TH ST. NW WASHINGTON, DC 20004 | PHONE: (202) 637-5600 | PROFESSIONAL SERVICES | | | | $   2,270,235.97 |
| 8 | SPARTAN COMPANIES 300 LLC DILLON HALL 116 WEST 100 SOUTH RICHMOND, UT 84333 | DILLON HALL PHONE: (855) 277-2782 EMAIL: DHALL@SPARTANCOS.COM | TRADE | | | | $   2,244,949.65 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9    LINDE INC. ADRIAN DENEYS 10 RIVERVIEW DR. DANBURY, CT 06810 | ADRIAN DENEYS PHONE: 925-487-4962 EMAIL: ADRIAN.DENEYS@LINDE.COM | TRADE | | | | $    2,160,214.96 |
| 10    SIEMENS ENERGY, INC. ED SHEA 229 FIRST STREET PAINTED POST, NY 14870 | ED SHEA PHONE: 716-375-3129 EMAIL: EDWARD.SHEA@SIEMENS-ENERGY.COM | TRADE | | | | $    1,784,448.77 |
| 11    C2C TECHNICAL SERVICES LLC 31B S LOGAN STREET TEXAS CITY, TX 77590-8346 | PHONE: (832) 905-1002 | TRADE | | | | $    1,744,956.59 |
| 12    DRESSER-RAND GROUP INC JEFF CROUCH 1200 W SAM HOUSTON PKWY N HOUSTON, TX 77043 | JEFF CROUCH PHONE: 716-375-3129 EMAIL: JEFFREY.CROUCH@SIEMENS.COM | TRADE | | | | $    1,311,017.90 |
| 13    ANKURA INTERMEDIATE HOLDINGS, LP 485 LEXINGTON AVE. 10TH FLOOR NEW YORK, NY 10017-2619 | PHONE: (212) 818-1555 | PROFESSIONAL SERVICES | | | | $    999,600.78 |
| 14    AEGION ENERGY SERVICES, INC (BRINDERSON, LLC) ANDREA CREECH 18841 S. BROADWALK ST. SUITE 200 RANCHO DOMINGUEZ, CA 90220 | ANDREA CREECH PHONE: 661-243-8826 EMAIL: ANDREA.CREECH@BRINDERSON.COM | TRADE | | | | $    990,199.42 |
| 15    THE COLT GROUP INTERMEDIATE HOLDINGS, LP JENNIFER WATSON 626 N. 16TH ST LA PORTE, TX 77571 | JENNIFER WATSON PHONE: (281) 471-9099 EMAIL: JENNIFER.WATSON@COLTGRP.COM | TRADE | | | | $    974,333.00 |
| 16    DELOITTE & TOUCHE LLP BARRY SHOEMAKE 30 ROCKEFELLER PLAZA NEW YORK, NY 10112 | BARRY SHOEMAKE PHONE: (408) 499-8013 EMAIL: BSHOEMAKE@DELOITTE.COM | PROFESSIONAL SERVICES | | | | $    956,785.00 |
| 17    JT THORPE INDUSTRIAL INC. KAMI HARDMAN 1132 SOUTH 500 WEST SALT LAKE CITY, UT 84101 | KAMI HARDMAN PHONE: (385) 271-3572 EMAIL: 1TTIAR@JTTHORPE.COM | TRADE | | | | $    949,175.17 |
| 18    BLACK & VEATCH CORPORATION SONIA AFIFI 11401 LAMAR AVENUE OVERLAND PARK, KS 66211 | SONIA AFIFI PHONE: 734-622-8594 EMAIL: AFIFISN@BV.COM | PROFESSIONAL SERVICES | | | | $    883,674.38 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | JOHNSON MATTHEY DAVY TECHNOLOGIES LTD<br>NIGEL GAMBLE<br>10 EASTBOURNE TERRACE<br>LONDON, W2 6LG<br>UNITED KINGDOM | NIGEL GAMBLE<br>PHONE: (44) (207) 9573-535<br>EMAIL: NIGEL.GAMBLE@MATTHEY.COM | PROFESSIONAL SERVICES | | | | $    862,741.40 |
| 20 | MARATHON PETROLEUM COMPANY<br>539 SOUTH MAIN ST<br>FINDLAY, OH 45840 | PHONE: (419) 422-2121 | TRADE | | | | $    858,925.00 |
| 21 | AIR PRODUCTS<br>ROBERT POLLACK<br>1940 AIR PRODUCTS BLVD.<br>ALLENTOWN, PA 18106-5500 | ROBERT POLLACK<br>PHONE: 415-291-8320<br>EMAIL: RLPOLLAK@GLASSBERG-POLLAK.COM | TRADE | | | | $    829,138.14 |
| 22 | UNITED RENTALS (NORTH AMERICA), INC.<br>STEPHANIE LASNE<br>100 STAMFORD PL.<br>SUITE 700<br>STAMFORD, CT 06902-9200 | STEPHANIE LASNE<br>PHONE: 704-916-4828<br>EMAIL: SLASNE@UR.COM | TRADE | | | | $    740,347.21 |
| 23 | AIRGAS USA, LLC<br>CARMELA ECLARINAL-LOPEZ<br>259 NORTH RADNOR-CHESTER RD.<br>SUITE 100<br>RADNOR, PA 19087-5283 | CARMELA ECLARINAL-LOPEZ<br>PHONE: 213-561-0019<br>EMAIL: CARMELA.ECLARINAL-LOPEZ@AIRGAS.COM | TRADE | | | | $    692,275.60 |
| 24 | SAVAGE SERVICES CORPORATION<br>AMY SMEDLEY<br>901 W. LEGACY CENTER WAY<br>MIDVALE, UT 84047 | AMY SMEDLEY<br>PHONE: 800-827-4439<br>EMAIL: AMYSMEDLEY@SAVAGESERVICES.COM | TRADE | | | | $    680,400.00 |
| 25 | APEX GRADING & PAVING, INC.<br>RYAN BERINDEAN<br>PO BOX 19045<br>RENO, NV 89511 | RYAN BERINDEAN<br>PHONE: (775) 852-9701<br>EMAIL: RYAN@APEXGP.NET | TRADE | | | | $    654,493.75 |
| 26 | SOUTHERN INDUSTRIAL CONSTRUCTORS, INC.<br>NICOLE CASTLE<br>6101 TRIANGLE DRIVE<br>RALEIGH, NC 27617 | NICOLE CASTLE<br>PHONE: 919-782-4600<br>EMAIL: NICOLE.CASTLE@SOUTHERNINDUSTRIAL.COM | TRADE | | | | $    604,121.75 |
| 27 | BECHT ENGINEERING CO., INC.<br>HALEY BECHTLE<br>22 CHURCH STREET<br>LIBERTY CORNER, NJ 7938 | HALEY BECHTLE<br>PHONE: (908) 394-1235<br>EMAIL: HBECHTLE@BECHT.COM | TRADE | | | | $    479,976.16 |
| 28 | DLA PIPER LLP<br>CHRISTOPHER LYNNE<br>2000 UNIVERSITY AVE.<br>PALO ALTO, CA 94303 | CHRISTOPHER LYNNE<br>PHONE: (813) 498-6378<br>EMAIL: CHRISTOPHER.LYNNE@US.DLAPIPER.COM | PROFESSIONAL SERVICES | | | | $    411,473.08 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29  WASHINGTON MILLS ELECTRO MINERALS CORP. KATHY DUNDAS 1801 BUFFALO AVENUE NIAGARA FALLS, NY, NY 14302 | KATHY DUNDAS PHONE: (716) 278-6745 EMAIL: KDUNDAS@WASHINGTONMILLS.COM | TRADE | | | | $    366,136.75 |
| 30  WASTE MANAGEMENT HERBERT HOCHMAYER LOCKWOOD REGIONAL LANDFILL PO BOX 541065 LOS ANGELES, CA, CA 90054-1065 | HERBERT HOCHMAYER PHONE: (844) 492-0474 EMAIL: HHOCHMAY@WM.COM | TRADE | | | | $    363,292.95 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name <u>Fulcrum Sierra Finance Company, LLC</u></td></tr>
<tr><td>United States Bankruptcy Court for the: _____ District of <u>Delaware</u><br>                                                           (State)</td></tr>
<tr><td>Case number (<em>If known</em>): _____</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒   Other document that requires a declaration   <u>Corporate Ownership Statement and List of Equity Interest Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>09/09/2024</u>          ✗  <u>/s/ Mark J. Smith</u>
         MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                    <u>Mark J. Smith</u>
                                    Printed name

                                    <u>Chief Restructuring Officer</u>
                                    Position or relationship to debtor